## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

LISA MURPHY                                                                                                    PLAINTIFF
ADC #760343

v.                                              No. 1:07CV00030 JLH/HLJ

MAGGIE CAPEL, *et al*.                                                                        DEFENDANTS

### ORDER

Plaintiff's motion to dismiss several defendants from her complaint (DE #8) is hereby GRANTED. Defendants Mrs. Easley, Mr. Winburn, Sgt. Stuart, and Lt. Roberson are hereby DISMISSED without prejudice from this action.[1]

IT IS SO ORDERED this 11th day of July, 2007.

_____
United States District Judge

---

[1] The Court notes that although plaintiff requests in her motion to dismiss several other "defendants," those individuals were not named as defendants in either her original or amended complaints.