IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA MURPHY,                                                                                                PLAINTIFF
ADC #760343

VS.                                       CASE NO. 1:07CV00030 JLH

MAGGIE CAPEL                                                                                           DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE