IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA MURPHY,                                                                          PLAINTIFF
ADC #760343

VS.                              CASE NO. 1:07CV00030 JLH

MAGGIE CAPEL                                                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that Plaintiff's complaint against Defendant be DISMISSED

with prejudice.

SO ADJUDGED this 25th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE